


# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

DOCKETED
APR 1 6 2004

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Defendant(s):** T-MOBILE USA, INC.

County of Residence:

County of Residence: Cook

Plaintiff's Atty: Gordon G. Waldron
Equal Employment Opportunity Commission
500 W. Madison St., Suite 2800
Chicago, IL 60661
(312) 353-7525

Defendant's Atty:
Brian McCarthy
Jackson, Lewis LLP
320 W. Ohio St., Suite 500,
Chicago, IL 60610
(312) 787-4949

II. Basis of Jurisdiction:    1. U.S. Gov't Plaintiff

JUDGE GETTLEMAN
04C 2707
MAGISTRATE JUDGE MASON

III. Citizenship of Principal Parties (Diversity Cases Only)
    Plaintiff: - N/A
    Defendant: - N/A

IV. Origin:    1. Original Proceeding

V. Nature of Suit:    442 Employment

VI. Cause of Action: Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of sex and retaliation.

VII. Requested in Complaint
    Class Action:
    Dollar Demand:
    Jury Demand: Yes

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: *Gordon G Waldron*
Date: 4/14/04

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm    4/14/2004

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In the Matter of

Equal Employment Opportunity Commission,
v.    Plaintiff,
T-Mobile, Inc.,
    Defendant.

DOCKETED
APR 16 2004

Case Number: **JUDGE GETTLEMAN**
**04C 2707**

MAGISTRATE JUDGE MASON

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

U.S. Equal Employment Opportunity Commission, Plaintiff

| (A) | (B) |
|---|---|
| SIGNATURE: *Gordon G. Waldron* | SIGNATURE: *Gregory Gochanour* 6/8/w |
| NAME: Gordon G. Waldron | NAME: Gregory M. Gochanour |
| FIRM: Equal Employment Opportunity Commission | FIRM: Equal Employment Opportunity Commission |
| STREET ADDRESS: 500 W. Madison St., Suite 2800 | STREET ADDRESS: 500 W. Madison St., Suite 2800 |
| CITY/STATE/ZIP: Chicago, Illinois 60661 | CITY/STATE/ZIP: Chicago, Illinois 60661 |
| TELEPHONE NUMBER: (312) 353-7525 | FAX NUMBER: (312) 353-8555 | TELEPHONE NUMBER: (312) 886-9124 | FAX NUMBER: (312) 353-8555 |
| E-MAIL ADDRESS: Gordon.Waldron@eeoc.gov | E-MAIL ADDRESS: Gregory.Gochanour@eeoc.gov |
| IDENTIFICATION NUMBER: ARDC No. 02920646 | IDENTIFICATION NUMBER: ARDC No. 06210804 |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: *[signed]* | SIGNATURE: |
| NAME: John C. Hendrickson | NAME: |
| FIRM: Equal Employment Opportunity Commission | FIRM: |
| STREET ADDRESS: 500 W. Madison St., Suite 2800 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60661 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 353-8551 | FAX NUMBER: (312) 353-8555 | TELEPHONE NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: John.Hendrickson@eeoc.gov | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: ARDC No. 01187589 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>Plaintiff,<br><br>v.<br><br>T-Mobile USA, Inc., formerly known as VoiceStream Wireless,<br><br>Defendant. | JUDGE GETTLEMAN<br><br>CIVIL ACTION NO.<br><br>04C 2707<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND<br><br>MAGISTRATE JUDGE MASON |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of sex and retaliation and to provide appropriate relief to Gerardine Baugh, a former employee of T-Mobile USA, Inc., ("Defendant"). Plaintiff, the U.S. Equal Employment Opportunity Commission (the "Commission"), contends that Defendant discriminated against Baugh because of her sex by failing to remedy and prevent sexual harassment and by retaliating against her for asserting her Title VII rights, all in violation of Title VII.

## JURISDICTION AND VENUE

1. Jurisdiction of this court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) and Section 707(e) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-

1

5(f)(1) and (3) and §2000e-6(e), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) and Section 707(e) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3) and § 2000e-6(e).

4. At all relevant times, Defendant has continuously been and is now doing business in the State of Illinois and the City of Chicago and has continuously had at least fifteen (15) employees. At all relevant times Defendant has had over 500 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Baugh (formerly known as Gerardine Novak) filed charges of discrimination with the Commission alleging violations of Title VII by Defendant, or its predecessor. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. During 2001 and 2002 Defendant engaged in unlawful employment practices at its

facility in Chicago, Illinois in violation of Sections 703(a)(1) and 704(a) of Title VII, 42 U.S.C. § 2000e-2(a)(1) and § 2000e-3(a). These practices include discriminating against Baugh by failing to remedy and prevent sexual harassment against her in 2001 and 2002, and by retaliating against Baugh for having filed charges of discrimination with the Commission by terminating her on about September 25, 2002.

8. The effect of the practices complained of in paragraph seven above has been to deprive Baugh of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex, and because she had filed charges of discrimination with the Commission.

9. The unlawful employment practices complained of in paragraph seven above were intentional.

10. The unlawful employment practices complained of in paragraph seven above were done with malice or with reckless indifference to Baugh's federally protected rights.

### PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of sex;

B. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from retaliating against any employee for participating in protected activity;

C. Order Defendant to institute and carry out policies, practices, and programs which

provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices;

    D.    Order Defendant to make whole Baugh by providing appropriate back pay with pre-judgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices;

    E.    Order Defendant to make whole Baugh by providing compensation for past and future pecuniary losses resulting from her unlawful termination, including, but not limited to, job search expenses;

    F.    Order Defendant to make whole Baugh by providing compensation for past and future non-pecuniary losses, including emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation;

    G.    Order Defendant to pay Baugh punitive damages for its malicious and/or reckless conduct, in amounts to be determined at trial;

    H.    Order Defendant and its successors to provide training to its officers, managers and employees regarding sexual harassment and retaliation in the workplace;

    I.    Grant such further relief as the Court deems necessary and proper in the public interest; and

    J.    Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

Eric S. Dreiband
General Counsel

James Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

_____
John C. Hendrickson
Regional Attorney

_Gregory Gochanour_, by RW
Gregory Gochanour
Supervisory Trial Attorney

_____
Gordon Waldron
Senior Trial Attorney


EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
(312) 353-7525

5